# UNITED STATES DISTRICT COURT
## for
## Western District of Wisconsin

U.S.A. vs:  Michelle V. Salentine          Docket No.   3:10-0071M-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW Clark J. Rodgers , Sr. U.S. PROBATION and PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant MICHELLE V. SALENTINE who was placed under pretrial services supervision by the Honorable Stephen L. Crocker sitting in the court at Madison, Wisconsin, on the 29th date of April, 2010, under the 11 standard conditions of pretrial release and the special conditions on the attached copy of the pretrial release order.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

The attached memorandum requests modifications to Condition No. 21, authorizing travel into Dubuque County, Iowa; removal of Condition No. 22, which requires a curfew; and modification of Condition No. 24, requesting replacement of the third party custodian. A memorandum addressing these changes is attached for review.

PRAYING THAT THE COURT WILL ORDER:

Condition No. 21 is modified to allow the defendant to travel into Dubuque County, Iowa, for medical care, employment, community supervision, and drug testing and treatment.

Condition No. 22 which requires a curfew is rescinded.

Condition No. 24 which requires a third party custodian is modified allowing the replacement of the custodians Don and Nancy Salentine with custodian Judith Joan Wang. The defendant will live with Ms. Wang at 1557 River Valley Road, Platteville, WI.

The government and defendant do not object to the proposed modifications of pretrial release.

ORDER OF COURT

Considered and ordered this 20th day of July , 2010 and ordered filed and made a part of the records in the above case.

Peter Oppeneer
Peter Oppeneer
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   July 20, 2010

Clark J. Rodgers   /s/
U.S. Pretrial Services Officer

Place Madison, Wisconsin